23

AO 455(Rev. 5/85) Waiver of Indictment

***UNITED STATES DISTRICT COURT***

***SOUTHERN DISTRICT OF CALIFORNIA***

UNITED STATES OF AMERICA

v.

JUAN GARCIA-NUNEZ

**WAIVER OF INDICTMENT**

CASE NUMBER: 08 CR1426-JM

I, JUAN GARCIA-NUNEZ, the above named defendant, who is accused committing the following offense:

Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 5/6/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

FILED
MAY - 6 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

Defendant

Counsel for Defendant

Before ____________
JUDICIAL OFFICER